UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE LEON, *et al.*,

                      Plaintiffs,

-v-

YIGAL AZROUEL INC., *et al.*,

                      Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/09

No. 08 Civ. 6046 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiff's letter, dated April 17, 2009. The Court hereby orders that the Parties appear for a conference on Friday, May 1, 2009 at 9:00 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:     April 17, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE