UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/10
```

JORGE LEON, *et al.*,

               Plaintiffs,

-v-

YIGAL AZROUEL INC., *et al.*,

               Defendants.

No. 08 Civ. 6046 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By order dated May 22, 2009, after being informed that the parties were able to resolve this matter through settlement, the Court ordered that this action be dismissed with prejudice but without costs; provided, however, that within thirty days of the date of the May 22, 2009 order, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored.

The Court is now in receipt of a pre-motion letter from Plaintiffs, dated December 23, 2009, and Defendants' response, dated January 5, 2010. If either Plaintiffs or Defendants wishes to bring a cause of action for a breach of the "Confidential Settlement Agreement," they may do so in the appropriate forum. This matter, however, shall remain closed, and the conference currently scheduled for Wednesday, January 13, 2010 at 5:00 p.m. is cancelled.

SO ORDERED.

Dated:       January 7, 2010
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE